**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-CV-10905 |
| v. | ) ) | |
| KINGSMEN PREMIUM, LLC, | ) ) | |
| Defendant. | ) ) | |

**<u>DEFENDANT'S MOTION TO DISMISS COMPLAINT</u>**

NOW COMES Defendant, KINGSMEN PREMIUM, LLC, by and through its attorneys, Ryan T. Benson, and hereby moves to dismiss Plaintiff HARON COLE's Complaint, pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(1) and 12(b)(6) (the "Motion"). For the reasons set forth below and in the accompanying Memorandum filed contemporaneously, the Motion is due to be granted.

1. Plaintiff, Haron Cole ("Plaintiff"), filed the instant complaint (the "Complaint") against Defendant, Kingsmen Premium, LLC ("Kingsmen Premium"), asserting claims under Title III of the Americans with Disabilities Act (the "ADA")(Count I), a claim for Declaratory Relief (Count II) and a claim for Negligent Infliction of Emotional Distress (Count III).

2. Plaintiff alleges in his Complaint that he visited the website of Defendant in July of 2025 and it was not accessible to him to buy a Beard Care Kit with his screen reader.

3. Plaintiff requests injunctive relief and compensatory damages from Defendant.

4. However, Plaintiff's Counts I and II fail at a threshold level because Plaintiff lacks standing to bring the claims against Defendant. Plaintiff does not allege a real and immediate threat of injury and his claims are moot.

5.      Finally, Plaintiff's Count III for Negligent Infliction of Emotional Distress fails as a matter of law because Plaintiff can plead no contemporaneous physical injury when he allegedly visited the Website.

WHEREFORE, this Court should dismiss Plaintiff's Complaint in its entirety.  For these reasons and reasons outlined in the Memorandum in Support of this Motion, this Court should grant Kingsmen Premium's Motion to Dismiss, and grant such other, further relief as this Court deems just.

Dated: January 8, 2026                                  Respectfully submitted:

                                                        By:      _____/s/ Ryan T. Benson_____
                                                                 Ryan T. Benson (ARDC No. 6312338)
                                                                 O'HAGAN MEYER LLC
                                                                 One East Wacker Drive, Suite 3400
                                                                 Chicago, IL  60601
                                                                 T:  312.422.6100
                                                                 F:  312.422.6110
                                                                 rbenson@ohaganmeyer.com
                                                                 *Counsel for Defendant*